[pic]
|TENTH COURT OF APPEALS |
| | | |
|Chief Justice |McLennan County Courthouse | |
|Tom Gray |501 Washington Avenue, Rm 415 | |
| |Waco, Texas 76701-1373 |Clerk |
|Justice |Phone: (254) 757-5200 Fax: (254)|Sharri Roessler |
|Rex D. Davis |757-2822 | |
|Al Scoggins | | |

 October 22, 2015

 In accordance with the enclosed Memorandum Opinion, below is
 the judgment in the numbered cause set out herein to be entered in
 the Minutes of this Court as of the 22nd day of October, 2015.

 10-15-00193-CV IN THE INTEREST OF D.C., AND E.C., CHILDREN - ON
 APPEAL FROM THE 272ND DISTRICT COURT OF BRAZOS
 COUNTY - TRIAL COURT NO. 13-002954-CV-272 –
 AFFIRMED - Memorandum Opinion by Justice Scoggins:

 “This cause came on to be heard on the transcript of the
 record, and the same being considered, because it is the opinion of
 this Court that there was no error in the judgment of the court
 below; it is therefore ordered, adjudged and decreed that the
 judgment of the court below be, and hereby is, affirmed. It is
 further ordered that costs of appeal be, and hereby are, adjudged
 against Appellants Eric Cabrera and Jennifer Cabrera although they
 are exempt from payment due to their affidavit of inability to pay
 costs, and that this decision be certified below for observance.”